IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KENNETH SCOTT and
JOANN SCOTT,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 7, 2011.**

The Motion for Summary Dismissal July 4th 2011 [filed July 5, 2011; docket #24] and the Motion for Summary Dismissal July 4th 2011 [filed July 6, 2011; docket #26] are **denied without prejudice** for failure to comply with Fed. R. Civ. P. 11(a) ("[e]very pleading, written motion, and other paper much be signed by ... a party personally if the party is unrepresented."). In addition, the Court notes that the motions appear to be identical, except for the number of pages attached to the motions. The Court advises Mr. Sullivan that "[a] ... redundant ... motion ... may be stricken or returned for revision, and its filing may be grounds for imposing sanctions."  D.C. Colo. LCivR 7.1H.