IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KENNETH SCOTT and
JOANN SCOTT,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 16, 2011.**

      In light of the Defendant Kenneth Scott's "Re-Filed Motion for Protective Order" [docket #55], Defendant Kenneth Scott's Motion for Protective Order [filed August 15, 2011; docket #51] is **denied as moot**.  Plaintiff shall file a response to, and Defendant Kenneth Scott may file a reply in support of, the "re-filed" motion in accordance with D.C. Colo. LCivR 7.1C and all applicable local and federal rules.