IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH SCOTT, and
JOANN SCOTT,

    Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2011.**

    Plaintiff's Rule 12(f) Motion to Strike Nonparty Terry Sullivan's Memorandum of Law in Support of his Motion to Deny the Injunctions and Dismiss the Complaint [filed September 14, 2011; docket #69] is **granted**. Mr. Sullivan's Memorandum was filed just two days after the issuance of this Court's August 9, 2011 order striking Mr. Sullivan's pleadings that were filed before he sought intervention in this case. Consistent with the August 9, 2011 order striking Mr. Sullivan's motion *in its entirety*, the memorandum in support of the motion [docket #50] is **stricken**.