IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH SCOTT, and
JOANN SCOTT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2011.**

    Before the Court are Plaintiff's Motion for Protective Order [filed August 2, 2011; docket #45] and Defendant Kenneth Scott's Re-Filed Motion for Protective Order [filed August 15, 2011; docket #55]. Neither party filed a proposed order with each motion. The Court finds that, based upon representations made by the parties in their briefing, a blanket protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000) would suffice to protect witness information from being disclosed to third parties and to ensure such information is used only for purposes of this litigation. *See* Plaintiff's motion, docket #45 and Defendant Scott's reply brief in support of its motion, docket #83. Therefore, the Court will **deny the motions without prejudice**, but will allow the parties to submit for the Court's consideration a proposed protective order consistent with *Gillard*, *supra*, and all applicable federal and local court rules.