IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-01430-PAB-MEH | Date:   November 30, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| USA, | Aaron Fleisher (by phone) |
| | Je Yon Jung |
| Plaintiff, | Julie Abbate (by phone) |
| vs. | |
| KENNETH SCOTT, | Rebecca Messall |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     **9:08 a.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant's Motion for Entry of Protective Order Staying Discovery Pending Court's Resolution of Objections to Magistrate's Order (Doc. #124, filed 11/22/11), Defendant's Request for 14 Days to File Reply to United States Brief in Opposition to Motion for Protective Order (Doc. #129, filed 11/23/11), and Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Written Discovery Requests (Doc. #131, filed 11/29/11).

**ORDERED:**  1.   Defendant's Motion for Entry of Protective Order Staying Discovery Pending Court's Resolution of Objections to Magistrate's Order (Doc. #124, filed 11/22/11) is DENIED as stated on the record.  Defendant's deposition will take place on **December 13, 2011, at a location and time to be arranged by counsel.**  Plaintiff's counsel is directed to cooperate with Defendant's counsel to attempt to identify the people depicted in the ten incidents on videotape.

2.   Defendant's Request for 14 Days to File Reply to United States Brief in Opposition to Motion for Protective Order (Doc. #129, filed 11/23/11) is DENIED.  A reply is unnecessary in light of the hearing held today.

      3.      Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Written Discovery Requests (Doc. #131, filed 11/29/11) is GRANTED in part and DENIED in part as stated on the record. Defendant shall respond to Plaintiff's written discovery on or before **December 9, 2011.**

Ms. Jung requests that Defendant pay the costs for her travel to Denver for the deposition tentatively scheduled for November 28, 2011. The Court denies the request for costs at this time. Ms. Jung is granted leave to file a written motion requesting costs for travel.

Discussion regarding the scheduling of depositions of witnesses already disclosed by Plaintiff and setting an expedited deadline for Plaintiff's answers to Defendant's written discovery.

**ORDERED:**  Plaintiff shall respond to Defendant's written discovery on or before **December 23, 2011.**

Further discussion regarding witnesses to be deposed. The Court contacts attorney Kevin Paul, general counsel for Planned Parenthood of the Rocky Mountains, regarding potential witnesses and scheduling of depositions.

**Court in recess:**      **10:45 a.m.**  **(Hearing continued/concluded)**
**Total time in court:**  1:37

*To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.*