IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH SCOTT,

    Defendant.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

On November 30, 2011, the Court held a hearing regarding several discovery motions pending before the Court.  At the hearing, the Court advised the parties to contact the Court directly regarding future discovery disputes.  Pursuant to this discussion, the parties are hereby ORDERED to address all future discovery issues by contacting the Court via telephone, with both parties on the line, prior to filing a written motion.

Dated at Denver, Colorado, this 9th day of December, 2011.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge