IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH SCOTT,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the parties' Joint Motion for Leave to File Hearing Briefs ("Joint Motion") [Docket No. 160]. The entirety of the Joint Motion reads as follows: "The parties together request leave to file hearing briefs for the Preliminary Injunction Hearing scheduled for January 26, 2012." Docket No. 160. The United States' motion for preliminary injunction [Docket No. 3] has been fully briefed. *See* Docket Nos. 4, 79, 95. Furthermore, defendant has filed a motion to dismiss [Docket No. 59], which has also been fully briefed. *See* Docket Nos. 81, 96. There is, therefore, no readily apparent reason to allow additional briefing and, because the parties fail to articulate any such reason, it is

    **ORDERED** that the parties' Joint Motion for Leave to File Hearing Briefs [Docket No. 160] is DENIED.

DATED January 19, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge