**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks   Date: January 26, 2012
Court Reporter: Janet Coppock             Time: 7 hours and 10 minutes

**CASE NO.  11-cv-01430-PAB-MEH**

<u>Parties</u>                                            <u>Counsel</u>

**UNITED STATES OF AMERICA,**              Winsome Gayle
                                                      Aaron Fleisher
              Plaintiff (s),                          Julie Abbate

vs.

**KENNETH SCOTT,**                              Peter Breen
                                                      Rebecca Messall
              Defendant (s).                         Monica Flanigan

**HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

**8:35 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant Kenneth Scott is present.

Court addresses pending motions.

**ORDERED:**  Defendant Kenneth Scott's Motion In Limine (Doc #163), filed 1/10/12 is **DENIED.**

Page Two
11-cv-01430-PAB-MEH
January 26, 2012

**ORDERED:** Plaintiff United States' Motion In Limine To Exclude Expert Opinion Testimony (Doc #166), filed 1/20/12 is **DENIED.**

**ORDERED:** Plaintiff United States' Motion In Limine For Adverse Inferences Against Defendant Kenneth Scott (Doc #168), filed 1/20/12 is **DENIED.**

**Motion Of The United States Of America For Preliminary Injunction Relief (Doc #3), filed 6/9/11**.

**8:40 a.m.**     Opening statement by Ms. Gayle.

**8:46 a.m.**     Opening statement by Mr. Breen.

Mr. Fleisher requests sequestration of witnesses.

**ORDERED:** Witnesses shall be **SEQUESTERED.**

**8:57 a.m.**     Direct examination of plaintiff's witness Michael Wagner by Mr. Fleisher.

Plaintiff's **exhibit 11** identified, offered and ADMITTED, over objection by Ms. Messall.

Witness identifies the defendant.

Plaintiff's **exhibits 1 through 6 (inclusive)** identified, offered and ADMITTED.

**9:42 a.m.**     Cross examination by Ms. Messall.

Witness excused.

**10:12 a.m.   COURT IN RECESS**

**10:27 a.m.   COURT IN SESSION**

            Direct examination of plaintiff's witness Kara Armstrong by Ms. Gayle.

Witness identifies the defendant.

**10:36 a.m.**   Cross examination by Ms. Messall.

**10:44 a.m.**   Redirect examination by Ms. Gayle.

Witness excused.

Page Three
11-cv-01430-PAB-MEH
January 26, 2012

**10:46 a.m.**   Direct examination of plaintiff's witness Dan Cram by Mr. Fleisher.

Witness identifies the defendant.

**11:13 a.m.**   Cross examination by Ms. Messall.

Witness excused.

**11:23 a.m.**   Direct examination of plaintiff's witness Leslie Durgin by Ms. Gayle.

**11:32 a.m.**   Cross examination by Ms. Messall.

Witness excused.

Plaintiff's **exhibits 12 and 13** identified, offered and ADMITTED, over objection by Ms. Messall.

Plaintiff rests.

**11:50 a.m.**   Direct examination of defendant's witness Binette Diallo by Mr. Breen.

Witness excused.

**11:57 a.m.**   Direct examination of defendant's witness Oretha Zaybay by Mr. Breen.

Witness excused.

**12:01 p.m.**   **COURT IN RECESS**

**1:06 p.m.**   **COURT IN SESSION**

   Direct examination of defendant's witness Clifton Powell by Mr. Breen.

**1:29 p.m.**   Cross examination by Mr. Fleisher.

Witness excused.

**1:31 p.m.**   Direct examination of defendant's witness Josh Augenbaugh by Mr. Breen.

**1:44 p.m.**   Cross examination by Ms. Gayle.

Page Four
11-cv-01430-PAB-MEH
January 26, 2012

**1:49 p.m.**      Redirect examination by Mr. Breen.

Witness excused.

**1:52 p.m.**      Direct examination of defendant's witness Jackie Cromer by Mr. Breen.

**2:05 p.m.**      Cross examination by Ms. Gayle.

**2:07 p.m.**      Redirect examination by Mr. Breen.

Witness excused.

**2:10 p.m.**      Direct examination of defendant's witness Leo Mantei by Mr. Breen.

**2:24 p.m.**      Cross examination by Mr. Fleisher.

**2:26 p.m.**      Redirect examination by Mr. Breen.

Witness excused.

**2:28 p.m.**      Direct examination of defendant's witness Lisa Cress by Mr. Breen.

Witness excused.

**2:41 p.m.**      Direct examination of defendant's witness Lynn Reid by Mr. Breen.

Witness excused.

**2:45 p.m.**      Direct examination of defendant's witness Jane Brennen by Mr. Breen.

**2:58 p.m.**      Voir dire by Ms. Gayle.

Plaintiff objects to Ms. Brennen opining as an expert on the issues of the psychological impact of abortion as well as the medical impact of abortion.

**3:05 p.m.**      Argument by Mr. Breen.

**ORDERED:**   Plaintiff's objection is **SUSTAINED**, as stated on the record.

**3:16 p.m.**      Cross examination by Ms. Gayle.

Defendant rests.

Page Five
11-cv-01430-PAB-MEH
January 26, 2012

**3:18 p.m.**     **COURT IN RECESS**

**3:38 p.m.**     **COURT IN SESSION**

        Argument by Mr. Fleisher.  Questions by the Court.

**4:06 p.m.**     Argument by Mr. Breen.  Questions by the Court.

**4:30 p.m.**     **COURT IN RECESS**

**4:50 p.m.**     **COURT IN SESSION**

Court states its findings of fact and conclusions of law.

**ORDERED:**  Motion Of The United States Of America For Preliminary Injunction Relief (Doc #3), filed 6/9/11 is **DENIED**.

**5:45 p.m.**     **COURT IN RECESS**

**Total in court time:**     **430 minutes**

**Hearing concluded**