IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-01430-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH SCOTT,

    Defendant.

### ORDER

This matter is before the Court on defendant's objection [Docket No. 123] to the magistrate judge's order [Docket No. 121] denying defendant's motion for protective order staying discovery [Docket No. 111].

Defendant's primary basis for seeking to have discovery stayed was that the cost of discovery would ultimately be unnecessary if the Court granted his motion to dismiss [Docket No. 59]. The Court, however, denied plaintiff's motion to dismiss on January 25, 2012. *See* Docket No. 177. Defendant also adds that, alternatively, he desires a stay of discovery until the case is "at issue (i.e., [defendant] has filed an answer and asserted any counterclaims, and the Plaintiff has had an opportunity to respond to the same)." Docket No. 123 at 10. Defendant filed an answer on February 8, 2012. *See* Docket No. 183. Therefore, it is

**ORDERED** that defendant's objection [Docket No. 123] is OVERRULED as moot.

DATED February 21, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge