# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: March 26, 2012

RE: *United States of America v. Ken Scott*, 11-cv-01430-PAB-MEH

    ___ Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

    _X_ A settlement conference was held on March 21, 2012, and a settlement was reached as to

        _X_ All remaining claims in this action. The parties shall file a stipulated motion to dismiss on or before March 30, 2012.

        ___ Claims between Plaintiff and _____. These parties shall file documents necessary to dismiss this action on or before March __, 2012.

Settlement conference and preparation time involved: 3 hours 0 minutes.

    _X_ A record was made     ___ No record was made

* * * * * * * * * * * * * * * *

    ___ Supplemental settlement negotiations have been held in the above-captioned case, including an in-person conference, over the period since the initial conference.

Negotiation time involved: ___ hours ___ minutes.