**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-CV-01430-PAB-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH SCOTT,

        Defendant.
_____

**JOINT STIPULATION FOR DISMISSAL**
_____

Plaintiff United States of America, through its undersigned counsel, and Defendant Kenneth Scott, through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to dismiss this action, with prejudice, each party to pay its own costs and fees.

Respectfully submitted this 29th day of March, 2012.

| | |
|---|---|
| s/ Rebecca R. Messall | THOMAS E. PEREZ |
| Rebecca R. Messall | Assistant Attorney General |
| Hackstaff Law Group | Civil Rights Division |
| 1601 Blake Street, Ste. 310 | |
| Denver, Colorado 80202 | JONATHAN SMITH |
| Telephone: 303-534-4317 | Chief Special Litigation Section |
| Email: rm@hackstafflaw.com | |
| | JULIE K. ABBATE |
| s/ Peter C. Breen | Deputy Chief |
| Peter C. Breen | Special Litigation Section |
| Marian C. Haney | |
| Thomas More Society | s/ Aaron S. Fleisher |
| 29 S. LaSalle, Ste. 440 | AARON S. FLEISHER |
| Chicago, IL 60603 | WINSOME GAYLE |
| Telephone: 312-782-1680 | Trial Attorneys |
| Email: pbreen@thomasmoresociety.org | U.S. Department of Justice |
| | Civil Rights Division |
| *Attorneys for Defendant Ken Scott* | Special Litigation Section |

2

        950 Pennsylvania Ave., NW
        Washington, DC  20530
        Telephone:  (202) 307-6457
        Facsimile:  (202) 514-6903
        E-mail:  aaron.fleisher@usdoj.gov
        *Attorneys for Plaintiff United States*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically using the CM/ECF system, which will provide notice of such filing to all registered parties.

/s/ Aaron S. Fleisher_____
Aaron Fleisher
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave., NW
Washington, DC  20530
Telephone:  (202) 307-6457
Facsimile:  (202) 514-6903
E-mail:  aaron.fleisher@usdoj.gov