# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01430-PAB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH SCOTT,

    Defendant.

_____

**ORDER**
_____

Upon reviewing the Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby

ORDERS that the above-captioned case is dismissed, with prejudice.

SO ORDERED this _____ day of _____, 2012.

_____

United States District Judge